■ New York Mills Union Free School District, Appellant, v New York Mills Teachers Association et al., Respondents.—Order and judgment unanimously affirmed with costs for reasons stated at Supreme Court, O'Donnell, J. (Appeal from order and judgment of Supreme Court, Oneida County, O'Donnell, J.—arbitration.) Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.

■ The People of the State of New York, Respondent, v Clayton P. Cox, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—assault, third degree.) Present—Callahan, J. P., Doerr, Denman, Green and Balio, JJ.